**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 MAY 16 PM 12: 53
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § | **INDICTMENT** |
| | § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| LAZARO PUGA-NUNEZ | § | Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

**DR 18 CR 0939**

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 16, 2018, in the Western District of Texas, Defendant,

LAZARO PUGA-NUNEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about February 9, 2018, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
TODD R. KEAGLE
Assistant United States Attorney

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>VAL VERDE</u>           USAO#: <u>2018R08193</u>

DATE: <u>MAY 16, 2018</u>           MAG. CT. #: <u>DR18-3543M</u>

AUSA: <u>TODD R. KEAGLE</u>

DEFENDANT: <u>LAZARO PUGA-NUNEZ</u>     **DR 18 CR 0939**

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>YES</u>     LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>EDGAR HUGO JUAREZ</u>

ADDRESS OF ATTORNEY: <u>P.O. BOX 4241, EAGLE PASS, TEXAS 78853</u>

DEFENDANT IS: <u>DETAINED</u>     DATE OF ARREST: <u>APRIL 16, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3